**ELECTRONICALLY FILED**
**COURT OF COMMON PLEAS**
**Wednesday, March 22, 2023 3:53:51 PM**
**CASE NUMBER: 2023 CV 01055 Docket ID: 581354497**
**Mike Foley**
**CLERK OF COURTS MONTGOMERY COUNTY OHIO**

IN THE MONTGOMERY COUNTY COMMON PLEAS COURT
CIVIL DIVISION

| | | |
|---|---|---|
| RECOVERY WORKS HEALING CENTER LLC | : | CASE NO: 2023 CV 1055 |
| 100 Elmwood Park Drive | : | |
| Dayton, OH 45449 | | |
| | : | Judge Timothy O'Connell |
| Plaintiff | | |
| | : | |
| -vs- | | |
| | : | |
| CIARA BOBBITT | | |
| 130 Farmersville Pike | : | |
| Germantown, OH 45377 | | **FIRST AMENDED** |
| | : | **COMPLAINT FOR MONETARY** |
| And | | **AND INJUNCTIVE RELIEF** |
| | : | |
| SEAN M. BOBBITT | | |
| 130 Farmersville Pike | : | |
| Germantown, OH 45377 | | |
| | : | |
| And | | |
| | : | |
| BEST LIFE E-THERAPY LLC | | |
| c/o Ciara Bobbitt | : | |
| 130 Farmersville Pike | | |
| Germantown, OH 45377 | : | |
| | | |
| Defendants | : | |

---

Comes now Plaintiff and for Amended Complaint against Defendants states:

1.      Plaintiff is a Limited Liability Company duly organized under the laws of the State of Ohio, active and in good standing with the Ohio Secretary of State.

2.      Plaintiff is in the business of providing treatment to patients in crisis due in part to substance abuse.

3.      Plaintiff employed Defendant Ciara Bobbitt until January 6, 2023 when she was terminated from her employment. Defendant Ciara Bobbitt was always an at-will employee of Plaintiff Recovery Works Healing Center, LLC.

4.      At the time Defendant Ciara Bobbitt was terminated from Plaintiff's employment she was the Clinical Director.

5.      Ciara Bobbitt received training from Recovery Works to develop and refine her skills in relation to Recovery Works business and to increase her ability to succeed in her position as Clinical Director.

6.      While employed by Recovery Works, Ciara Bobbitt had regular, ongoing access to and knowledge of Recovery Works trade secrets and confidential and proprietary information including but not limited to Recovery Works processes, systems, methods, techniques, patient lists, protected health information, forms, contracts and human resource policies and procedures that Recovery Works paid to have drafted and implemented.

7.      Recovery Works has spent significant time and monetary resources in training Ciara Bobbitt during her employment with Recovery Works, and has spent significant time and monetary resources developing, designing, producing and implementing Recovery Works policies and procedures for delivery of its services to its patients.

8.      In departing Recovery Works, Ciara Bobbitt attempted to delete/scrub her Recovery Works email account so that her email activity could not be discovered.

9.      Ciara Bobbitt's efforts to conceal her activity by deleting/scrubbing her Recovery Works email account was unsuccessful and Recovery Works was able to retrieve/recover/restore evidence of Ciara Bobbitt's misappropriation of Plaintiff's trade secrets.

10.     Unbeknownst to Recovery Works, Ciara Bobbitt began transferring confidential and proprietary Recovery Work trade secrets, including forms/contracts, processes and procedures, developed by Recovery Works at great expense and the great expenditure of time from her Recovery Works email account to her and her husband's personal email accounts.

11.     During all times relevant to this Complaint and while employed by Recovery Works, Defendant Ciara Bobbitt was assigned email account ciara@rwhcohio.com.

12.     While still employed by Recovery Works, Defendant Ciara Bobbitt maintained personal email account ciarabobbitt@gmail.com.

13.     While his wife was still employed by Recovery Works, Defendant Sean M. Bobbitt maintained personal email account sean.m.bobbitt@gmail.com.

14.     Beginning on a date unknown but by at least by December 29, 2022, Ciara Bobbitt transferred to both her personal email account and that of her husband, Recovery Works' trade secrets, forms/contracts, processes, handbooks, and other confidential and proprietary information examples of which are attached hereto as Exhibits 1, 2 and 3.

15.     Upon information and belief, Defendants Ciara Bobbitt and Sean M. Bobbitt own "Best Life E-Therapy" (See Ex. 4 attached).

16.     A banner at the top of Best Life E-Therapy's website allowed an individual to access "Available Forms" for Best Life E-Therapy, forms "necessary for enrollment in counseling, supervision, and consultation services" (See Ex.5 attached).

17.     When one clicked on Best Life's "EMDR Contract for Treatment", the Recovery Works Healing Center, L.L.C. EMDR contract appeared which trade secret had been on Best Life E-Therapy's website until Defendants were served with a copy of both the complaint and Motion for Temporary Restraining Order. (See Ex. 6 attached).

18.     The posting of Plaintiff's EMDR contract is evidence of the misappropriation of Plaintiff's trade secrets and demonstrates the intent of Defendants to use Recovery Works Confidential Information and trade secrets for their own behalf to the detriment of and in competition with, Recovery Works Healing Center, LLC.

19.     Defendant Ciara Bobbitt acquired knowledge of and access to trade secrets belonging to Recovery Works as a consequence of, or through her employment with, Recovery Works.

20.     It is apparent that Defendants were/are using or intend to use Recovery Works trade secrets and confidential information through improper means, to-wit the misappropriation of those trade secrets.

21.     The improper means included the surreptitious transfer and attempted to deletion and/or scrubbing of Defendant Ciara Bobbitt's Recovery Works email account, to cover up the misappropriation.

22.     Defendant Ciara Bobbitt acted willfully and maliciously, used or disclosed, disseminated or otherwise made known or provided to third parties, including co-Defendants Sean M. Bobbitt and Best Life E-Therapy LLC , Recovery Works trade secrets without Recovery Works' consent, in violation of Ohio Revised Code Chapter 1333.

23.     Defendant Sean M. Bobbitt knew or should have known of the transfer of Plaintiff's trade secrets to his personal gmail account beginning in December of 2022, but took no action to notify Plaintiff of the misappropriation and transfer of those trade secrets, and maintains the policies and procedures and other trade secrets on his personal gmail account for use by other co-Defendants.

24.     As a direct and proximate result of Defendants actions, Recovery Works has suffered and will continue to suffer injury, including, but not limited to, injury to its reputation, loss of goodwill for which there exists no adequate remedy at law.

25.     As a result of Defendant Ciara Bobbitt's employment with Recovery Works, and Defendants improper actions as set forth herein, Defendants have received benefits, including the use and possession of forms, processes, policies and procedures and other trade secrets for which they did not pay, for their own gain or on behalf of others, and has thereby been unjustly enriched to the detriment of Recovery Works.

WHEREFORE, Plaintiff Recovery Works Healing Center L.L.C. demands judgment against Defendants Ciara Bobbitt, Sean M. Bobbitt Best Life E-Therapy LLC as follows:

a) Monetary damages against Defendants Ciara Bobbitt, Sean M. Bobbitt and Best Life E-Therapy LLC, jointly and severally, in an amount to be determined at trial, but in any event, in excess of Twenty-Five Thousand Dollars ($25,000.00);

b) Return of all forms, documents, contracts and processes that Defendants misappropriated and a certificate that it is a complete return;

c) Punitive damages in an amount to be determined at trial;

d) Injunctive relief restraining Defendants Ciara Bobbitt Sean M. Bobbitt and Best Life E-Therapy LLC from the use of Recovery Works Confidential and Proprietary Information, including its trade secrets;

e) Attorney fees, costs and expenses in pursuing this action and

f) Such other and further relief, both legal and equitable, as may be proper.

S/:Lawrence J. Greger
Attorney at Law 0002592
1414 Shroyer Rd.
Dayton, OH 45419
(937) 223-3153
(937) 223-3008—fax
larry@gregerlawoffice.com